UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cr-80023-Marra/McCabe

18 U.S.C. § 1344
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 982(a)(2)(A)

UNITED STATES OF AMERICA

vs.

**RONDELL C. LEVY,**

    **Defendant.**

_____/



FILED BY SP D.C.

FEB 27 2024

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. – W.P.B.

## INDICTMENT

The Grand Jury charges that:

### GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1.     PNC Bank was a financial institution with offices located in the State of Florida, the accounts of which were insured by the Federal Deposit Insurance Corporation ("FDIC").

2.     **RONDELL C. LEVY** was a resident of Broward County, Florida.

3.     LIAM LOGISTICS LLC was a limited liability company doing business in the State of Florida.

4.     **RONDELL C. LEVY** was the sole registered agent and manager for LIAM LOGISTICS LLC.

## COUNTS 1–3
## Bank Fraud
## (18 U.S.C. § 1344)

1. The General Allegations section of this Indictment is re-alleged and incorporated by reference as though fully set forth herein.

2. From on or about June 9, 2022, through on or about June 30, 2022, in Palm Beach County, in the Southern District of Florida, the defendant,

**RONDELL C. LEVY,**

did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to defraud a financial institution, which scheme and artifice employed a material falsehood, and did knowingly, and with intent to defraud, execute, and attempt to execute, and cause the execution of, a scheme and artifice to obtain moneys and funds owned by, and under the custody and control of, a financial institution, by means of materially false and fraudulent pretenses, representations, and promises, relating to a material fact, in violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

### PURPOSE OF THE SCHEME AND ARTIFICE

3. It was the purpose of the scheme and artifice for **RONDELL C. LEVY** to unlawfully enrich himself by depositing, or causing the deposit of, false and fraudulent checks into the PNC Bank business checking account belonging to LIAM LOGISTICS LLC, which he controlled, and withdrawing or spending funds from the account after the false and fraudulent checks were deposited.

### MANNER AND MEANS OF THE SCHEME AND ARTIFICE

The manner and means by which **RONDELL C. LEVY** sought to accomplish the objects and purpose of the conspiracy included, among other things, the following:

5. **RONDELL C. LEVY** obtained checks that were written by third parties and made payable to payees other than **RONDELL C. LEVY** or LIAM LOGISTICS LLC.

6. **RONDELL C. LEVY** altered, or caused to be altered, the stolen checks or generated, or caused to be generated, false and fraudulent checks by changing the name of the true payee and inserting the name "LIAM LOGISTICS LLC."

7. **RONDELL C. LEVY** deposited the false and fraudulent checks into the PNC Bank business checking account belonging to LIAM LOGISTICS LLC, and spent or withdrew the funds from this account and used those funds for his own benefit.

## EXECUTION OF THE SCHEME AND ARTIFICE

8. On or about the dates specified below, in Palm Beach County, in the Southern District of Florida, the defendant, **RONDELL C. LEVY**, did execute, and attempt to execute, and cause the execution of, the above-described scheme and artifice to defraud, as more particularly described below:

| Count | Appx. Date | Execution |
|---|---|---|
| 1 | June 9, 2022 | Caused the deposit of check number 02404, in the approximate amount of $129,610.07, drawn on the bank account with the name and account number of "Individual 1," into the business account of LIAM LOGISTICS LLC at PNC Bank. |
| 2 | June 17, 2022 | Caused the deposit of check number 0502682, in the approximate amount of $45,256.70, drawn on the bank account with the name and account number of "Company 1," into the business account of LIAM LOGISTICS LLC at PNC Bank |
| 3 | June 21, 2022 | Caused the deposit of check number 00484, in the approximate amount of $50,034.61, drawn on the bank account with the name and account number of "Company 2," into the business account of LIAM LOGISTICS LLC at PNC Bank |

In violation of Title 18, United States Code, Sections 1344(1) and (2), and 2.

## COUNTS 4-6
## Aggravated Identity Theft
## (18 U.S.C. § 1028A(a)(1))

On or about the dates specified below, in Palm Beach County, in the Southern District of Florida, the defendant,

**RONDELL C. LEVY,**

during and in relation to a felony violation of Title 18, United States Code, Sections 1344(1) and (2), that is, bank fraud, as alleged in Count 1, Count 2, and Count 3 of this Indictment, did knowingly transfer, possess and use, without lawful authority, the means of identification of another person, as specified in each count below:

| Count | Appx. Date | Means of Identification | Bank Fraud |
|---|---|---|---|
| 4 | June 9, 2022 | Name, signature, and checking account number ending in 2839 issued to "Individual 1" | Count 1 |
| 5 | June 17, 2022 | Signatures of "Individual 2" and "Individual 3" | Count 2 |
| 6 | June 21, 2022 | Signature of "Individual 4" | Count 3 |

In violation of Title 18, United States Code, Sections 1028A(a)(1) and 2.

## FORFEITURE ALLEGATIONS

1. The allegations of this Indictment are hereby re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of certain property in which the defendant, **RONDELL C. LEVY,** has an interest.

2. Upon conviction of a violation of Title 18, United States Code, Section 1344, as alleged in this Indictment, the defendant shall forfeit to the United States any property constituting,

or derived from, proceeds obtained, directly or indirectly, as a result of such violation, pursuant to Title 18, United States Code, Section 982(a)(2)(A).

All pursuant to Title 18, United States Code, Section 982(a)(2)(A), and the procedures set forth at Title 21, United States Code, Section 853, as incorporated by Title 18, United States Code, Section 982(b)(1).

A TRUE BILL

FOREPERSON

*[signature]*
MARKENZY LAPOINTE
UNITED STATES ATTORNEY

*[signature]*
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA     CASE NO.: 24-cr-80023-Marra/McCabe

v.

RONDELL C. LEVY     **CERTIFICATE OF TRIAL ATTORNEY***

_____/

**Superseding Case Information:**

New Defendant(s) (Yes or No)
Number of New Defendants
Total number of New Counts

**Court Division** (select one)
- ☐ Miami    ☐ Key West    ☐ FTP
- ☐ FTL    ■ WPB

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. §3161.

3. Interpreter: (Yes or No)   No
List language and/or dialect: _____

4. This case will take _3-5_ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)     (Check only one)
   - I  ■ 0 to 5 days     ☐ Petty
   - II  ☐ 6 to 10 days     ☐ Minor
   - III  ☐ 11 to 20 days     ☐ Misdemeanor
   - IV  ☐ 21 to 60 days     ■ Felony
   - V  ☐ 61 days and over

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes, Judge _____ Case No. _____

7. Has a complaint been filed in this matter? (Yes or No) _No_
   If yes, Magistrate Case No. _____

8. Does this case relate to a previously filed matter in this District Court? (Yes or No) _No_
   If yes, Judge _____ Case No. _____

9. Defendant(s) in federal custody as of _____

10. Defendant(s) in state custody as of _____

11. Rule 20 from the _____ District of _____

12. Is this a potential death penalty case? (Yes or No) _No_

13. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) _No_

14. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss? (Yes or No) _No_

By: _____
MARTON GYIRES
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501696

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name**: RONDELL C. LEVY

**Case No**: 24-cr-80023-Marra/McCabe

Count #: 1-3

Bank Fraud

Title 18, United States Code, Section 1344
* **Max. Term of Imprisonment: 30 years**
* **Mandatory Min. Term of Imprisonment (if applicable): N/A**
* **Max. Supervised Release: 5 years**
* **Max. Fine: $1,000,000**

Count #: 4-6

Aggravated Identity Theft

Title 18, United States Code, Section 1028A(a)(1)
* **Max. Term of Imprisonment: 2 years**
* **Mandatory Min. Term of Imprisonment: 2 years consecutive to any other count**
* **Max. Supervised Release: 3 years**
* **Max. Fine: $250,000**

*Refers only to possible term of incarceration, supervised release and fines. It does not include restitution, special assessments, parole terms, or forfeitures that may be applicable.